```
          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Warren Butler**

    **v.**                                          Case No. 10-cv-216=PB

**United States of America**


### O R D E R

On or before September 30, 2010, the petitioner shall explain in detail why knowledge of the Supreme Court's holding in <u>Flores-Figueroa v. United States</u>, 129 S. Ct. 1886 (2009) would have caused him not to plead guilty.  The petitioner shall also explain in detail why, given the facts he agreed to at the time he pled guilty, it is conceivable that the outcome of a trial could have resulted in an acquittal on the aggravated identity theft charge given the court's holding in <u>Flores-Figueroa</u>.

    SO ORDERED.

                                                   /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

August 20, 2010

cc:  Warren Butler, pro se
     Aixa Maldonado-Quinones, AUSA
     United States Probation